Michelle L. Roberts, State Bar No. 239092
E-mail: michelle@robertsdisability.com
Kristin P. Kyle de Bautista, State Bar No. 221750
E-mail: kristin@robertsdisability.com
Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
Telephone: (510) 230-2090
Facsimile: (510) 230-2091

Attorneys for Plaintiff,
KELSEY GOLDMAN

Daniel W. Maguire, State Bar No. 120002
E-mail: dmaguire@bwslaw.com
Keiko J. Kojima, State Bar No. 206595
E-mail: kkojima@bwslaw.com
Burke, Williams & Sorensen, LLP
444 South Flower Street, 40th Floor
Los Angeles, CA 90071-2953
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Defendant,
UNUM LIFE INSURANCE COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KELSEY GOLDMAN,

Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

Defendant.

CASE NO.: 3:26-cv-01022-LJC

**JOINT STIPULATION RE STANDARD OF REVIEW**

*Honorable Lisa J. Cisneros*

TO THE HONORABLE COURT:

Plaintiff Kelsey Goldman ("Plaintiff") and Defendant Unum Life Insurance Company of America ("Defendant") (collectively, "the Parties") have reached the following agreement that they jointly request be entered as an order of this Court governing further proceedings:

1. This matter involves a claim for long term disability ("LTD") benefits and life waiver

of premium ("LWOP") benefits under an employee welfare benefit plan sponsored by Plaintiff's employer (the "Plan"), which is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et. seq.*;

2. One of the issues to be decided in an ERISA benefits case is whether the standard of review is abuse of discretion or *de novo*;

3. The parties agree that the standard of review to be utilized on cross-motions for judgment in this ERISA case will be *de novo*; and

4. Defendant's stipulation to *de novo* standard of review in this case is for purposes of the trial of this case only and without reference to the appropriate standard of review in any other case. Defendant's stipulation on the standard of review should not be construed as a concession that a *de novo* standard of review is applicable in any other pending or future cases against Defendant and/or the Plan, nor gives rise to waiver or prejudice as to other cases.

IT IS SO STIPULATED.

DATED: August 7, 2026

ROBERTS DISABILITY LAW, P.C.

By: /s/ Kristin P. Kyle de Bautista
Kristin P. Kyle de Bautista
Attorneys for Plaintiff,
KELSEY GOLDMAN

DATED: August 7, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Keiko J. Kojima
Keiko J. Kojima
Attorneys for Defendant,
UNUM LIFE INSURANCE COMPANY OF AMERICA

**Filer's Attestation**

*Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, Kristin P. Kyle de Bautista hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

/s/ Kristin P. Kyle de Bautista
Kristin P. Kyle de Bautista

**ORDER RE STANDARD OF REVIEW**

The Court, having considered the Stipulation Regarding Standard of Review and finding good cause therefor, hereby orders that the standard of review applicable to this case will be *de novo*.

IT IS SO ORDERED

Dated: August 28, 2026

Honorable Lisa J. Cisneros
United States Magistrate Judge