**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELSEY GOLDMAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | CASE NO.: 3:26-cv-01022-LJC<br><br>**[PROPOSED] ORDER GRANTING JOINT OMNIBUS STIPULATION TO SEAL DOCUMENTS FILED IN CONNECTION WITH DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>*[Filed concurrently with Joint Omnibus Stipulation to Seal Documents Filed in Connection with Defendant's Motion to Transfer Venue and Declaration of Kristin P. Kyle de Bautista]*<br><br>*Honorable Lisa J. Cisneros* |

The Court, having reviewed the Parties' Joint Omnibus Stipulation to Seal Documents Filed in Connection with Defendant's Motion to Transfer Venue, and good cause appearing therefor, hereby ORDERS as follows:

The Court finds that compelling reasons exist to seal the documents identified below, in that the documents contain Plaintiff's confidential medical information, including medical records, physician evaluations, diagnoses, treatment history, diagnostic testing, and disability claim materials, as well as Plaintiff's personal identifying information, and that Plaintiff's privacy interests in this information outweigh the public's right of access to the judicial record.

/ / /

The following documents shall remain under seal:

**Undisputed Documents Submitted in Connection with Defendant's Notice of Motion and Motion to Transfer Venue [Dkt. No. 25]**

| Dkt. No. | Description | Action Requested by Parties | Court's Order |
|---|---|---|---|
| 26-5 | Exh. 2A to Declaration of Keiko J. Kojima ("Kojima Decl.") – Claim forms May 2024 | Seal | Approved |
| 26-6 | Exh. 2B to Kojima Decl.– Attending Physician Statement | Seal | Approved |
| 26-7 | Exh. 2C to Kojima Decl.– Updated claim forms Jan. 2025 | Seal | Approved |
| 26-8 | Exh. 2D to Kojima Decl.– Surveillance report | Seal | Approved |
| 26-9 | Exh. 2E to Kojima Decl. – Kirkland & Ellis paystub | Seal | Approved |
| 26-10 | Exh. 2F to Kojima Decl. – Zachary Baylo declaration excerpt | Seal | Approved |
| 26-11 | Exh. 3A to Kojima Decl. – Unum letter 8/14/24 re LTD approval | Seal | Approved |
| 26-12 | Exh. 3B to Kojima Decl. – Unum letter 8/14/24 re Disability Plus approval | Seal | Approved |
| 26-13 | Exh. 3C to Kojima Decl.– Unum letter 8-15-24 re LWOP approval | Seal | Approved |
| 26-14 | Exh. 4A to Kojima Decl. – UC Davis Health Post-COVID Clinic | Seal | Approved |
| 26-15 | Exh. 4B to Kojima Decl. – UC Davis Health – Robin Timm, PhD | Seal | Approved |
| 26-16 | Exh. 4C to Kojima Decl. – UC Davis Health – Neurology | Seal | Approved |
| 26-17 | Exh. 4D to Kojima Decl.– UC Davis Health – MRI | Seal | Approved |
| 26-18 | Exh. 4E to Kojima Decl. – Dignity Health Woodland Clinic – Huykien C. Le, D.O. | Seal | Approved |
| 26-19 | Exh. 4F to Kojima Decl. – Fay Branum, DMSc | Seal | Approved |
| 26-20 | Exh. 4G to Kojima Decl. – Saleem Waraich, M.D. | Seal | Approved |
| 26-21 | Exh. 4H to Kojima Decl. – Jessica Vazquez LCSW | Seal | Approved |
| 26-22 | Exh. 5A to Kojima Decl. – Unum letter 3/19/25 re Disability Plus | Seal | Approved |
| 26-23 | Exh. 5B to Kojima Decl. – Unum letter 4/15/25 re LTD | Seal | Approved |
| 26-24 | Exh. 5C to Kojima Decl. – Unum letter 4/23/25 re LWOP | Seal | Approved |

| | | | |
|---|---|---|---|
| 26-25 | Exh. 6A to Kojima Decl. – Attorney Kyle 9/24/25 appeal letter | Seal | Approved |
| 26-26 | Exh. 6B to Kojima Decl. – Attorney Kyle 1/7/26 letter | Seal | Approved |
| 26-27 | Exh. 7 to Kojima Decl. – appeal uphold (1/20/26) | Seal | Approved |

**Undisputed Documents Submitted in Connection with Plaintiff's Opposition to Defendant's Motion to Transfer Venue [Dkt. 33]**

| Dkt. No. | Description | Action Requested by Parties | Court's Order |
|---|---|---|---|
| 34-3 | Exh. A to Declaration of Kristin P. Kyle – Declaration of Kelsey Goldman | Seal | Approved |
| 34-4 | Exh. B to Declaration of Kristin P. Kyle – Declaration of Zachary Baylo | Seal | Approved |
| 34-5 | Exh. C to Declaration of Kristin P. Kyle – Declaration of Cameron Frederiksen | Seal | Approved |
| 34-6 | Exh. D to Declaration of Kristin P. Kyle – Statement of Zachary Baylo in capacity as IHSS caretaker | Seal | Approved |
| 34-7 | Exh. E to Declaration of Kristin P. Kyle – Neuropsychological Assessment of Kelsey Goldman completed by Ariati Rakic Ph.D | Seal | Approved |
| 34-8 | Exh. F to Declaration of Kristin P. Kyle – CPET Report completed by Christopher R. Snell Ph.D | Seal | Approved |
| 34-9 | Exh. G to Declaration of Kristin P. Kyle – Statement by Saleem A. Waraich M.D. | Seal | Approved |
| 34-10 | Exh. H to Declaration of Kristin P. Kyle – Statement by Christopher R. Snell Ph.D | Seal | Approved |
| 34-11 | Exh. I to Declaration of Kristin P. Kyle – Statement by Ariati Rakic Ph.D | Seal | Approved |

IT IS SO ORDERED.

DATED: 10/20/2026

Honorable Lisa J. Cisneros
United States Magistrate Judge